| | |
|---|---|
| **Local Form 19** | **September 2021** |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE: )
)  Case No.: 23-30473
**Aetius Restaurant Group, LLC**  )  Chapter 11
)
)
Debtor(s)  )
)

## COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS

Briefly describe the amendments to the Debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.

Note: A filing fee may be required.

1. Schedule E/F:  Nateara Glover was added as a creditor.

2. Statement of Financial Affairs: The response to Question 7 was updated with the Nateara Glover lawsuit.

Date: October 30, 2023

 /s/ Robert A. Cox, Jr.
**Attorney for Debtor(s)**                                                   Pro Se Joint Debtor (if applicable)
Robert A. Cox, Jr. (Bar No. 21998)
Matthew A. Winer (Bar No. 56222)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile:  (704) 344-1483
rcox@lawhssm.com
mwiner@lawhssm.com
*Attorneys for Debtors and*
*Debtors-in-Possession*

4877-7064-2571, v. 1

**Fill in this information to identify the case:**

Debtor name __Aetius Restaurant Group, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __23-30473__

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __October 30, 2023__         X __/s/ Mark Cote__
                           Signature of individual signing on behalf of debtor

                           **Mark Cote**
                           Printed name

                           **CEO**
                           Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **Aetius Restaurant Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): **23-30473**

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................. $ **9,362.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................. $ **9,362.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................... $ **12,500,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **0.00**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ **12,500,000.00**

**Fill in this information to identify the case:**

Debtor name: **Aetius Restaurant Group, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): **23-30473**

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date or dates debt was incurred ____ | ☐ Disputed |
| | Last 4 digits of account number ____ | Basis for the claim: _____ |
| | | Is the claim subject to offset? ☐ No  ☐ Yes |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ **0.00** |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ **0.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aetius Restaurant Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | 23-30473 |

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Aetius Restaurant Group, LLC | Case number (if known) | 23-30473 |
|---|---|---|---|

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Duane L. Huffman v. Aetius Companies, LLC, Aetius Restaurant Group, LLC, 455 SSSB, LLC and Courtney W. Collins**<br>**2023-CA-000954** | Collections | **Duval County, FL, Circuit Court** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **HomeTrust Bank vs. Aetius Companies, LLC, Aetius Intermediate Company, LLC, Aetius Franchising, LLC, Aetius Restaurant Holdings, LLC, Aetius Restaurant Group, LLC, Jacksonville WWC, LLC, Savannah WWC, LLC, SW Charlotte, LLC, Charlotte Uptown Wings LLC, Gastonia Wings LLC, Raleigh Wings, LLC, Wilmington Wings LLC, Anderson Wings, LLC, Columbiana Wings, LLC, Sandhill Wing LLC, Vista Wings LLC, Greenville WWC LLC, Wild Wing of Hilton Head LLC, Wings Over Spartanburg LLC, Wings Over Spartanburg II,**<br>**23CV02549** | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Georgia Air & Refrigeration, Inc. v. Aetius Restuarant Group, LLC**<br>**23-A-03114-11** | | **Superior Court of Gwinnett County, GA** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Nateara Glover v. Jim Russell, et al.**<br>**2023-CP-10-03588** | Personal Injury | **Charleston County Common Pleas Court** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Debtor **Aetius Restaurant Group, LLC**     Case number *(if known)* **23-30473**

---

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    |---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

    | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Aetius Restaurant Group, LLC | Case number (if known) | 23-30473 |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Aetius Restaurant Group, LLC** | Case number *(if known)* | **23-30473** |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Wild Wing of Hilton Head LLC**<br>**72 Pope Ave**<br>**Hilton Head Island, SC 29928** | | **EIN:**<br><br>**From-To** |
| 25.2. **Greenville Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.3. **Wilmington Wings LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.4. **Bluffton Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.5. **Vista Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.6. **Anderson Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.7. **Jacksonville WWC, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.8. **Greenville WWC LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.9. **Raleigh Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.10. **Mt. Pleasant Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |

Debtor **Aetius Restaurant Group, LLC**     Case number *(if known)* **23-30473**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.11. **North Charleston Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.12. **South Carolina Wings, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.13. **Columbiana Wings, LLC**<br>**1150 Bower Parkway**<br>**Columbia, SC 29212** | | **EIN:**<br><br>**From-To** |
| 25.14. **Wings Over Spartanburg, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.15. **Sandhill Wing LLC**<br>**480 Town Center Place, Suite 2**<br>**Columbia, SC 29229** | | **EIN:**<br><br>**From-To** |
| 25.16. **Savannah WWC, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.17. **Gastonia Wings LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.18. **Charlotte Uptown Wings LLC**<br>**210 East Trade Street, Suite D-262**<br>**Charlotte, NC 28202** | | **EIN:**<br><br>**From-To** |
| 25.19. **SW Charlotte, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |
| 25.20. **Wild Wings of Charlotte, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor  **Aetius Restaurant Group, LLC**                                  Case number *(if known)* **23-30473**

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Denis Ackah-Yensu,** | | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Muhsin Muhammad II** | | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Cote** | | **CEO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

Debtor **Aetius Restaurant Group, LLC**     Case number *(if known)* **23-30473**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steven Weigel | | Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Timothy Walsh | | Officer | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Aetius Companies, LLC | EIN: 45-3856613 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 30, 2023**

**/s/ Mark Cote**       **Mark Cote**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Aetius Restaurant Group, LLC**      Case No. **23-30473**
Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 30, 2023**      **/s/ Mark Cote**
**Mark Cote**/**CEO**
Signer/Title

AETIUS COMPANIES, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

AETIUS FRANCHISING, LLC,
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

AETIUS INTERMEDIATE COMPANY, LLC,
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

AETIUS RESTAURANT HOLDINGS, LLC,
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

ANDERSON WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

BCN Telecom, Inc.
1200 Mount Kemble Avenue
Morristown, NJ 07960

BLUFFTON WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

CHARLOTTE UPTOWN WINGS LLC,
210 East Trade Street, Suite D-262
Charlotte, NC 28202

COLUMBIANA WINGS, LLC
1150 Bower Parkway
Columbia, SC 29212

DUNWOODY WINGS LLC
4768 Ashford Dunwoody Road
Atlanta, GA 30338

GASTONIA WINGS LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

GREENVILLE WWC LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


HomeTrust Bank
10 Woodfin Street
PO Box 10
Asheville, NC 28802


JACKSONVILLE WWC, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Nateara Glover
1237 Sumner Ave, Unit D11
Charleston, SC 29406


Nateara Glover
c/o India D. Shaw
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403


NORTH CHARLESTON WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


RALEIGH WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


SANDHILL WING LLC
480 Town Center Place, Suite
Columbia, SC 29229


SAVANNAH WWC, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


SW CHARLOTTE, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

VISTA WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

WILD WING OF AIKEN, LLC
470 Fabian Drive
Aiken, SC 29803

WILD WING OF HILTON HEAD LLC
72 Pope Ave
Hilton Head Island, SC 29928

WILD WINGS OF MCDONOUGH, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

WILMINGTON WINGS LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

WINGS OVER SPARTANBURG II, LLC
111 W. Main Street
Spartanburg, SC 29306

WINGS OVER SPARTANBURG, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210