# 341 First Creditor's Meeting
# Chapter 11 Proceedings Memo

| | |
|---|---|
| Debtor: | Aetius Companies, LLC, et al.[1] |
| Case No.: | 23-30470 |
| Date / Time: | November 14, 2023, at 2:00 p.m. |
| Continued: | |
| Individual Testifying: | Mark Cote |
| Title: | President |
| Sworn / Affirmed: | ■ YES   ☐ NO |
| Debtor Attorney: | Robert A. Cox, Jr. & Matthew A. Winer |

Ownership:

| |
|---|
| Aetius Holdings, LLC, Wings Over America Franchising, Inc., Wings Over America, Inc. are the owners per the Corporate Ownership Statement. |

Factors Contributing to Bankruptcy Filing:

| |
|---|
| Closed stores and lease terminations. |

Compliance with Operating Order:

| |
|---|
| |

Plan Formulation:

| |
|---|
| Debtors presently intend to seek reorganization. |

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aetius Companies, LLC (6613), Aetius Franchising, LLC (6732), Aetius Intermediate Company, LLC (0640), Aetius Restaurant Group, LLC (7251), Aetius Restaurant Holdings, LLC (7336), Anderson Wings, LLC (5203), Bluffton Wings LLC (2809), Gastonia Wings, LLC (0167), Greenville WWC, LLC (2103), Jacksonville WWC, LLC (0550), North Charleston Wings LLC (1178), Raleigh Wings, LLC (1397), Rock Hill Wings, LLC (1249), Savannah WWC, LLC (4043), SW Charlotte, LLC (8864), Vista Wings LLC (4390), Wild Wings of Charlotte, LLC (4044), Wild Wings of McDonough, LLC (7738), Wilmington Wings, LLC (3930), Wings Over Spartanburg, LLC (5276)

Creditors Present:    Yes (see attached)

Items Requested / Additional Requirements:    No – additional informal information will be provided to lender by agreement. Remaining items have been provided.

                                             /s/ Shelley Abel
                                             Presiding Officer

<u>Creditors Present</u>

- Mark Pinkston for HomeTrust Bank

- Daren Brinkman and Jory Cook for Unsecured Creditors' Committee

- Mark Good of New Forum, parent company of Old Forum